AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of N.H. _____

| | |
|---|---|
| Tony L. Ellison <br> *Plaintiff* <br><br> v. <br><br> The State of New Hampshire et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:10-cv-00351-SM <br> ) <br> ) <br> ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Judge Patricia Coffey
    Rockingham Superior Court
    P.O. Box 1209
    Kingston, N.H. 03848-1209

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Tony Ellison
    N.H.S.P. #74882
    P.O. Box 14
    Concord, N.H. 03302-0014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of __N.H.__

Tony L. Ellison )
_Plaintiff_ )
)
v. ) Civil Action No. 1:10-cv-00351-SM
)
The State of New Hampshire et al. )
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Judge John Lewis
Rockingham Superior Court
P.O. Box 1209
Kingston, N.H. 03848-1209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tony Ellison
N.H.S.P. #74882
P.O. Box 14
Concord, N.H. 03302-0014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of  N.H. ____

| | |
|---|---|
| Tony L. Ellison <br> *Plaintiff* <br><br> v. <br><br> The State of New Hampshire et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:10-cv-00351-SM <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Brad Bolton, Esq.
Rockingham County Attorney's Office
P.O. Box 1258
Kingston, N.H. 03848-1258

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tony Ellison
N.H.S.P. #74882
P.O. Box 14
Concord, N.H. 03302-0014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of  N.H.  \_\_\_\_

| | |
|---|---|
| Tony L. Ellison <br> *Plaintiff* <br> v. <br> The State of New Hampshire et al. <br> *Defendant* | ) ) ) ) ) ) ) ) <br> Civil Action No. 1:10-cv-00351-SM |

**SUMMONS IN A CIVIL ACTION**

To. *(Defendant's name and address)*   Anthony I. Blenkinsop, Esq.
Senior Assistant Attorney General
N.H. Attorney General's Office
33 Capitol Street
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R Civ P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tony Ellison
N.H.S.P. #74882
P.O. Box 14
Concord, N.H. 03302-0014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date. _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of  N.H. ____

| | |
|---|---|
| Tony L. Ellison <br> *Plaintiff* <br> v. <br> The State of New Hampshire et al. <br> *Defendant* | ) <br> ) <br> ) <br> )  Civil Action No. 1:10-cv-00351-SM <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bette Jane Riordan
Coordinator, Victim's Assistance Commission
33 Capitol Street
Concord, N.H. 03301

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tony Ellison
N.H.S.P. #74882
P.O. Box 14
Concord, N.H. 03302-0014

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of N.H.

| | |
|---|---|
| Tony L. Ellison<br>*Plaintiff*<br>v.<br>The State of New Hampshire et al.<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 1:10-cv-00351-SM<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Mark C. Thompson
Director of Administration
Victim's Assistance Commission
33 Capitol Street
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tony Ellison
N.H.S.P. #74882
P.O. Box 14
Concord, N.H. 03302-0014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of N.H.

Tony Ellison )
*Plaintiff* )
)
v. ) Civil Action No. 1:10-cv-00351-SM
)
The State of New Hampshire et al. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* N.H. Supreme Court
Justice Broderick, C.J.
One Charles Doe Drive
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tony Ellison
N.H.S.P. #74882
P.O. Box 14
Concord, N.H. 03302-0014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of __N.H.__

| | |
|---|---|
| Tony Ellison <br> *Plaintiff* <br> v. <br> The State of New Hampshire et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:10-cv-00351-SM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Justice Dalianis
N.H. Supreme Court
One Charles Doe Drive
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tony Ellison
N.H.S.P. #74882
P.O. Box 14
Concord, N.H. 03302-0014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of  N.H.  _____

| | |
|---|---|
| Tony L. Ellison  <br>*Plaintiff*  <br>v.  <br>The State of New Hampshire et al.  <br>*Defendant* | Civil Action No. 1:10-cv-00351-SM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Justice Duggan
   N.H. Supreme Court
   One Charles Does Drive
   Concord, N.H. 03301

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Tony Ellison
   N.H.S.P. #74882
   P.O. Box 14
   Concord, N.H. 03302-0014

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of  N.H. ____

| | |
|---|---|
| Tony L. Ellison <br> *Plaintiff* <br> v. <br> The State of New Hampshire et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:10-cv-00351-SM <br> ) <br> ) <br> ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        Justice Hicks
        N.H. Supreme Court
        One Charels Doe Drive
        Concord, N.H. 03301

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Tony Ellison
        N.H.S.P. #74882
        P.O. Box 14
        Concord, N.H. 03302-0014

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                   *CLERK OF COURT*

Date: _____

                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of N.H. _____

Tony L. Ellison )
*Plaintiff* )
v. ) Civil Action No. 1:10-cv-00351-SM
)
The State of New Hampshire et al. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Justice Conboy, J.J.
N.H. Supreme Court
One Charles Doe Drive
Concord, N.H. 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tony Ellison
N.H.S.P. #74882
P.O. Box 14
Concord, N.H. 03302-0014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _N.H._

| | |
|---|---|
| Tony L. Ellison <br> *Plaintiff* <br><br> v. <br><br> The State of New Hampshire et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:10-cv-00351-SM <br> ) <br> ) <br> ) |

**SUMMONS IN A CIVIL ACTION**

To. *(Defendant's name and address)* Mrs. Deborah Nelson
N.H. Department of Corrections
Division of Field Services
Exeter District Office
P.O. Box 1007
Exeter, N.H. 03833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Tony Ellison
N.H.S.P. #74882
P.O. Box 14
Concord, N.H. 03302-0014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*