## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Tony L. Ellison
#74882
NH State Prison
PO Box 14
Concord, NH 03302-0014

### ORDER  - FILING FEE OMITTED

In re:  File No.1:10-cv-00351 Ellison v. State of New Hampshire et al

    The above-captioned action was received by the court on August 11, 2010, but items necessary to docket the case were not included.  Either the filing fee or a motion to proceed in forma pauperis must be submitted to the court by October 12, 2010.

    **Filing Fee**.  Filing fee in the amount of $350, may be in cash, certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, Diners Club, or American Express).  The court does not accept personal checks.

- O R -

    **In Forma Pauperis**.  If in forma pauperis status is sought:

    Financial Declaration (USDCNH-15 or substantially similar filing)

    This action will not be considered a civil case or any action taken until the appropriate fee has been received or in forma pauperis status has been granted.

                                       By the Court,

                                       /s/ Kellie Otis
August 12, 2010                       Kellie Otis
                                       Deputy Clerk