UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Tony L. Ellison

  v.            Civil No. 10-cv-351-SM

State of New Hampshire

**O R D E R**

  Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $58.50 is due no later than September 20, 2010.  In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the NH State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

  **SO ORDERED.**

               _____
               Landya B. McCafferty
               United States Magistrate Judge

Date: August 20, 2010

cc: Tony L. Ellison
   Bonnie S. Reed, Financial Administrator
   NH State Prison, Inmate Accounts