United States District Court
Distict of New Hampshire
55 Pleasant Street / Room 110
Concord, N.H. 03301

U.S. DISTRICT COURT
DISTRICT OF N.H.

2010 OCT -4 A 11:49

September 30, 2010

Tony Ellison
N.H.S.P. #74882
P.O. Box 14
Concord, N.H. 03302-0014

RE: 10-cv-00351-SM

Dear Clerk of Court,

    I sent to this court a check for the $350.00 filing fee on or about August 24, 2010 and I haven't received any conformation from your court. Did you receive this money order? If so could you please confirm this so that I can make arrangements to have my filing fee in on time. Thank you.

        Sincerly,

        Tony Ellison
        "Without Prejudice," UCC 1-103,
        UCC 1-207, UCC 1-308