# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE  03301-3941

**OFFICE OF THE CLERK**
James R. Starr, Clerk of Court
Daniel J. Lynch, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

October 4, 2010

Tony Ellison  #74882
N.H. State Prison
PO Box 14
Concord, NH  03302-0014

Re:  10-cv-351-SM, Ellison v. State of New Hampshire, et al.

Dear Mr. Ellison;

This is in response to your letter received in the Clerk's Office on October 4, 2010, asking if the court had received your filing fee payment.   Please be advised that the court received, and docketed, your money order in the amount of $350.00 on September 7, 2010 (receipt #14649003663).

Very truly yours,

James R. Starr, Clerk

/s/  Judith A. Barrett
By:
Judith A. Barrett
Deputy Clerk