UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Tony L. Ellison

        v.                      Case No. 10-cv-351-SM

State of New Hampshire

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 18, 2010, no objection having been filed, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

    SO ORDERED.

December 10 , 2010

                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:    Tony L. Ellison, pro se