UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Tony L. Ellison</u>

    v.                     Case No. 10-cv-351-SM

<u>State of New Hampshire, et al.</u>

**J U D G M E N T**

In accordance with the Order of Chief Judge Steven J. McAuliffe dated December 10, 2010, approving the Report and Recommendations of Magistrate Judge Landya B. McCafferty, judgment is hereby entered.

                By the Court,

                /s/   James R. Starr

                James R. Starr, Clerk

December 13, 2010

cc:    Tony L. Ellison, pro se